NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN DESYLVESTER,          )
                           )
            Appellant,     )
                           )
v.                         )          Case No. 2D18-3321
                           )
NATIONSTAR MORTGAGE, LLC,   )
                           )
            Appellee.      )
_____ )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Manatee County; George K. Brown, Jr.,
Judge.

David W. Smith of Law Office of David
W. Smith, Sarasota, for Appellant.

Sara F. Holladay-Tobias, Emily Y.
Rottmann, and C. H. Houston, III, of
McGuire Woods, LLP, Jacksonville, for
Appellee.


PER CURIAM.

            Affirmed.


BLACK, LUCAS, and SMITH, JJ., Concur.